AARON D. FORD
  Attorney General
KYLE L. HILL (Bar No. 16094)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants John Halki, Lorenzo Villegas, Melissa Mitchell, and Gaylene Fukagawa*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>         Plaintiff,<br><br>vs.<br><br>DR. HALKI, et al.,<br><br>         Defendants. | Case No. 3:23-cv-00273-ART-CLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br>**(Third Request)**<br><br>[ECF No. 45] |

Defendants, John Halki, Lorenzo Villegas, Melissa Mitchell, and Gaylene Fukagawa, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney General, hereby move this Court for an extension of time to file Defendants' Reply in Support of Defendants' Motion for Summary Judgment. This is Defendants' third request.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.      FACTUAL ANALYSIS**

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by offender, James Scott (Scott). On June 20, 2025, Defendants filed their Motion for Summary Judgment. ECF No. 32. Scott filed an opposition on August 14, 2025, and on August 15, 2025. ECF Nos. 39 & 40. On August 28, 2025, this Court granted, in part, Defendants' first request for an extension making the new deadline September 11, 2025. ECF No. 42. On

Page **1**

September 11, 2025, this Court granted Defendants' second request for an extension making the deadline September 25, 2025. ECF No. 44.

On August 24, 2025, the State of Nevada suffered a massive cyber-attack on its computer systems. This attack disabled many of the computer and data systems in the state offices, including the Office of the Attorney General (OAG). At this time, almost all filing systems, computer systems[1] and VPN systems of the OAG are offline and unavailable to the employees. This includes the file, discovery, and records of Mr. Scott, among others. As such, Defendants' Counsel is unable to access the previous discovery provided in this matter, and therefore cannot provide this Court with a well-reasoned and thorough reply to the response. There is no set date as to when the systems will be fully restored. Therefore, the Defendants request an additional fourteen (14) day extension of time to file a reply in this matter. Counsel for Defendants is diligently working towards securing replacement documents, but additional time is needed to ensure Defendants' Reply in Support of their Summary Judgment motion is adequately prepared and acceptable to file.

Defendants therefore request an extension of 14 days to file their Reply, with the expectation that this will be accomplished as soon as the current network outage ends and Counsel can access the necessary documents and case files. Counsel is also reaching out in an attempt to recover any documents needed for the reply. This is the third request for extension on this matter.

**II. ARGUMENT**

Defense counsel respectfully requests a fourteen (14) day extension of time to file their Reply in Support of Defendants' Motion for Summary Judgment from the current deadline of September 25, 2025, until October 9, 2025. Counsel asserts the necessary good cause is present due to the current, ongoing network outage experienced by the Attorney General's Office and other State of Nevada agencies.

///

---

[1] Counsel notes at this time his Outlook and emails are available, but much of the access needed to reply to Plaintiff's response is not currently available.

While Counsel is hopeful full access to the network will be restored soon, there is no way of knowing at this time how long that might be. Therefore, Counsel respectfully requests an additional fourteen (14 days) to file Defendants' Reply.

### A. Current Deadlines

Reply in Support of MSJ:					September 25, 2025

### B. Proposed Deadlines

Reply in Support of MSJ:					October 9, 2025

### C. Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Defense Counsel needs additional time due to the ongoing network outage currently experienced by several State of Nevada agencies, including the Office of the Attorney General.

## III. CONCLUSION

Defendants respectfully request this Court extend the deadline for filing their Reply in Support of Defendants' Motion for Summary Judgment. Defendants assert the requisite good cause is present to warrant an extension of time. Therefore, the Defendants request additional time, up until **October 9, 2025**, to file their Reply in Support of Defendants' Motion for Summary Judgment.

DATED this 25th day of September, 2025.

AARON D. FORD
Attorney General

By:  */s/ Kyle L. Hill*
KYLE L. HILL, Bar No. 16094
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** September 25, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Page **3**