UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES EDWARD SCOTT, III,

           Plaintiff,

    v.

DR. HALKI,

           Defendant.

Case No. 3:23-cv-00273-ART-CLB

ORDER

Mr. Scott asserts a claim under the Eighth Amendment for deliberate indifference to medical needs against Defendants Dr. Halki, Lorenzo Villegas, Melissa Mitchell, and Gaylene Fukagawa. (ECF No. 1.) Mr. Scott alleges that that Defendants purposefully ignored Mr. Scott's pain and mobility issues associated with his leg injury. (ECF No. 7.)

## I.   **Procedural Background**

Before the Court is Defendant's Motion for Summary Judgment (ECF No. 32). Mr. Scott responded. (ECF No. 39.) Defendants replied. (ECF No. 47.) United States Magistrate Judge Carla L. Baldwin issued a Report and Recommendation ("R&R") granting the motion. (ECF No. 50.) The R&R was returned as undeliverable on January 5, 2026. (ECF No. 53.) On January 12, 2026, the Court issued an order that Mr. Scott update his address and object to the R&R by February 2, 2026. (ECF No. 54.) On February 2, 2026, Mr. Scott updated his address but did not object to the R&R. (ECF No. 55.)

## II.   **Legal Standard**

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report

and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Mr. Scott has not filed an objection to Judge Baldwin's report and recommendations and his time to do so has now expired. (ECF No. 50, 54.) Thus, the Court is not required to conduct any review. The Court will therefore adopt Judge Baldwin's R&R in full.

III.    **Conclusion**

It is therefore ordered that the Report and Recommendation (ECF No. 50) is ADOPTED.

It is further ordered that Defendant's Motion for Summary Judgment (ECF No. 32) is GRANTED.

It is further ordered that Plaintiff's Motion for Leave to File Sur-Reply (ECF No. 48) is GRANTED.

The Clerk is kindly ordered to close the case.

Dated this 17th day of February, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE